726 A.2d 911

IN THE MATTER OF CHARLES R. BREINGAN,
AN ATTORNEY AT LAW (DRB 98-262).

April 8, 1999.

## ORDER

The Disciplinary Review Board on November 16, 1998, having filed with the Court its decision in DRB 98–262 concluding that **CHARLES R. BREINGAN** of **BURLINGTON,** who was admitted to the bar of this State in 1983, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.4(a) (failure to communicate with client), *RPC* 1.16(d) (refusal to return unearned retainer), *RPC* 8.1(b) (failure to cooperate with ethics authorities) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And the Disciplinary Review Board having further concluded that prior to reinstatement respondent should be required to refund $200 to his client Steven Raymond;

And the Court this day having ordered on the basis of the decision of the Disciplinary Review Board in DRB 98–182 that respondent be suspended from practice for a period of three months effective May 1, 1999;

And good cause appearing;

It is ORDERED that **CHARLES R. BREINGAN** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective August 1, 1999; and it is further

ORDERED that on or prior to any application for reinstatement, respondent shall submit proof of payment of the sum of $200 to Steven Raymond; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.